IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SERRANO GOYCO JOSE GILBERTO,

  Petitioner,

  v.

JOSE M. VAZQUEZ, Warden,

  Respondent.

CIVIL ACTION NO.: CV206-092

## ORDER

Petitioner, an inmate incarcerated at the Federal Satellite Low in Jesup, Georgia, submitted an action pursuant to 28 U.S.C. § 2241. Petitioner sought to proceed in forma pauperis. By Order dated April 18, 2005, the Court denied Petitioner's motion to proceed in forma pauperis as it appeared Petitioner had sufficient funds to pay the $5.00 filing fee. That Order advised Petitioner that his failure to pay the filing fee within twenty days would result in the dismissal of this action. Petitioner has failed to pay the filing fee as directed in the April 18, 2006 Order. Accordingly, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this 16 day of _May_, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)