IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSE GILBERTO SERRANO GOYCO,

    Petitioner,

v.

JOSE M. VAZQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV206-092

## ORDER

Petitioner has filed a "Notice to Request an Emergency Rulling (sic)" and the Government has filed a response. The Court will consider Petitioner's petition for habeas relief in the usual course of business of the Court. Petitioner's notice is **DISMISSED**.

**SO ORDERED**, this 14th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)